UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAMID HEMATIAN (A-075-136-065), | No.  1:26-cv-1482 DC CSK |
| Petitioner, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| WARDEN, et al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding without counsel, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On February 24, 2026, respondents filed a motion to dismiss alleging that petitioner was already pursuing habeas relief in Hematian v. Warden, No. 1:26-cv-1232 TLN SCR (E.D. Cal.).  (ECF No. 6 at 1.)  Petitioner did not file an opposition.

The instant petition was filed with the court on February 20, 2026.  As alleged by respondents, this court's own records confirm that on February 12, 2026, petitioner filed a petition containing virtually identical allegations.  (Hematian v. Warden, No. 1:26-cv-1232 TLN SCR).[1]  Due to the duplicative nature of the present action, respondents' motion should be granted, and this case be dismissed.

---

[1]  A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

Accordingly, IT IS HEREBY RECOMMENDED that:

1.  Respondents' motion to dismiss (ECF No. 6) be granted.

2.  This action be dismissed without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

3.  The Clerk of the Court be directed to terminate all pending motions, and close this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **seven days** of the date of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within **seven** days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>See</u> <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 19, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/herm1482.23.imm

2